Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC

**IT IS SO ORDERED**
Judge Edward J. Davila
9/25/2013

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SON LE,<br><br>Defendant. | Case No. CV 13-02462 EJD<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC ("Plaintiffs") respectfully file this notice and voluntarily dismiss this action without prejudice pursuant to Federal Rule 41(a)(1)(A)(i). Plaintiffs have not previously dismissed any federal or state court action against Defendant based on or including the same claims asserted in this action.

The Clerk shall close this file.

Dated:  September 23, 2013                 Respectfully submitted,

By: /s/ Timothy M. Frank
Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC

**Plaintiffs' Notice of Voluntary Dismissal**